■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOAN H. TINGLING, Appellant. [653 NYS2d 881] —Judgment unanimously modified as a matter of discretion in the interest of justice and as modified affirmed in accordance with the same Memorandum as in *People v Ekoma* (236 AD2d 809 [decided herewith]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Possession Forged Instrument, 3rd Degree.) Present—Green, J. P., Lawton, Fallon, Callahan and Boehm, JJ.